CHRISTOPHER J. BOWES, ESQ.
54 Cobblestone Drive
Shoreham, NY 11786
Tel. (212) 979-7575
Fax (631) 929-1700
cjbowes@gmail.com

August 1, 2022

Via ECF                               **MEMORANDUM ENDORSED**
Hon. Gabriel W. Gorenstein
United States Courthouse
500 Pearl Street
New York, New York 10007

                                     Re:  Tineo v. Kijakazi
                                               1:21-cv-9467 (GWG)

Dear Judge Gorenstein:

       I am the attorney for the plaintiff in the above captioned case,. Plaintiff's papers were due to be filed yesterday. This is plaintiff's first request for an extension of time.

       I apologize for requesting a last minute extension in this matter. I seek additional time due to the unexpected death of my former assistant last week and our mourning of her and funeral this morning. With the consent of opposing counsel, we respectfully request that the Court approve and adopt the following revised briefings schedule:

| | |
|---|---|
| August 8, 2022 | Plaintiff's Motion for Judgment on the Pleadings |
| October 7, 2022 | Defendant's Opposition/Cross-Motion |
| October 28, 2022 | Plaintiff Reply/Opposition |
| November 14, 2022 | Defendant's Reply |

       Thank you for Your Honor's consideration of this request.

                                                         Respectfully submitted,

                                                         *Christopher J. Bowes, Esq.*
                                                         Christopher J. Bowes, Esq.

Cc:     AUSA Joseph Pantoja

                                                          Application granted.

                                                          So Ordered.

                                                          _____
                                                          GABRIEL W. GORENSTEIN
                                                          United States Magistrate Judge

                                                          August 1, 2022