**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
DIGNA T.,

                Plaintiff,                  21 **CIVIL** 9467 (GRJ)

    -v-                              **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated June 27, 2023, Plaintiff's Motion for Judgment on the Pleadings is GRANTED; the Commissioner's Motion for Judgment on the Pleadings is DENIED; and this case is REMANDED for further administrative proceedings consistent with the Decision and Order; accordingly, the case is closed.

**Dated:**  New York, New York
           June 27, 2023

                                                      **RUBY J. KRAJICK**

                                                        _____
                                                             **Clerk of Court**

                               **BY:**          _K. Mango_

                                                             _____
                                                            **Deputy Clerk**