UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
DIGNA TINEO,

                Plaintiff,                        <u>ORDER</u>
                                                        1:21-cv-09467-GRJ

      v.

KILOLO KIJAKAZI,
COMMISSIONER OF SOCIAL
SECURITY,

                Defendant.
-------------------------------------------------------

GARY R. JONES, United States Magistrate Judge:

Pending before the Court is the parties' Stipulation for Allowance of Fees under the Equal Access to Justice Act and Costs Under 28 U.S.C. § 1920. (Docket No. 38.)  The parties have stipulated that Plaintiff should be awarded seven thousand eight hundred ninety-five dollars and eighty-two cents ($7,895.82) in attorney's fees, twenty-one ($21.00) dollars for expenses under the Equal Access to Justice Act and costs in the amount of four hundred and two dollars $402.00.

Upon due consideration, it is **ORDERED**:

1.    Plaintiff is awarded attorney's fees in the amount of **$7,895.82**, and expenses of **$21.00** under the EAJA. The payment of attorney's fees and expenses are subject to any offsetting debt owed by the Plaintiff to the

1

United States. Before the Commissioner shall be obligated to pay the EAJA fees and costs, the Commissioner must determine whether Plaintiff owes a debt to the government. In the event the United States Department of the Treasury determines that Plaintiff does not owe a federal debt, the Commissioner must then pay the fees and expenses directly to Plaintiff's counsel.

2. Plaintiff is awarded costs in the sum of $402.00, which costs shall be payable from the judgment fund administered by the United States Department of Treasury.

3. The Clerk is directed to terminate as a pending motion, Plaintiff's Motion for Attorney's Fees. (Docket No. 35)

Dated: September 28, 2023

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge